UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PAYNE, | |
| Plaintiff, | No. C 13-5081 EDL (PR) |
| v. | **ORDER OF TRANSFER** |
| AUDRE KING, | |
| Defendant. / | |

This is a civil rights case brought pro se by a civil detainee who is being held pursuant to California's Sexually Violent Predator Act.  Plaintiff describes events that occurred at the Coalinga State Hospital in Coalinga, CA which lies within the venue of the United States District Court for the Eastern District of California, and the defendant is located there as well.  Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California.  *See* 28 U.S.C. § 1406(a).  In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: November 4, 2013.

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

G:\PRO-SE\EDL\CR.13\Payne5081.trn.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JAMES PAYNE,

        Plaintiff,

v.

AUDREY KING et al,

        Defendant.

Case Number: CV13-05081 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 5, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Payne CO-1664-2
Coalinga State Hospital
P.O. Box 5003
Coalinga, CA 93210-5003

Dated: November 5, 2013

        Richard W. Wieking, Clerk
        By: Lisa R Clark, Deputy Clerk